Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
ANDREA PALASI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PALASI,<br><br>           Plaintiff,<br><br>    vs.<br><br>TRANSUNION, LLC, ET. AL.<br><br>           Defendant(s), | Case No.: 22-cv-01888-AJB-MDD<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Magistrate Mitchel D. Dembin |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ANDREA PALASI ("Plaintiff") and TRANSUNION, LLC ("TransUnion"), **only** have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal as to Defendant TRANSUNION,

LLC, **only** with prejudice within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case as to Defendant TRANSUNION, LLC, **only.** Nothing herein is intended to have any impact on Plaintiff's claims against IQ DATA INTERNATIONAL, INC. ("IQ DATA") nor the overall case.

Dated: February 14, 2023,    By:    *s/ Ahren A. Tiller*
                                    ahren.tiller@blc-sd.com

                                    Ahren A. Tiller
                                    BLC Law Center, APC
                                    Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On February 14, 2023, I served the following documents:

☒ NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

On:

☑ Marc Kirkland – marc.kirkland@strasburger.com
☑ Alan Smith – rsmith@mzclaw.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2023,	By:	*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff