UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PALASI,<br><br>                              Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, et al.,<br><br>                             Defendants. | Case No.: 22-CV-1888-AJB-WVG<br><br>**ORDER DENYING JOINT MOTION FOR PROTECTIVE ORDER DUE TO NON-COMPLIANCE** |

On July 7, 2023, the Parties submitted a Joint Motion for Protective Order and lodged via email a proposed Stipulated Protective Order. ("Joint Motion", Doc. No. 25) Upon review of the Joint Motion, the Court finds the Joint Motion and proposed Stipulated Protective Order do not comply with Judge Gallo's Civil Chamber Rule V.

Accordingly, the Joint Motion is **DENIED without prejudice**. The Parties are encouraged to review Judge Gallo's Civil Chamber Rules for illumination as to the requirements for all stipulated protective orders.

**IT IS SO ORDERED.**

DATED: July 10, 2023

                                                               Hon. William V. Gallo
                                                               United States Magistrate Judge