Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
ANDREA PALASI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PALASI,<br><br>             Plaintiff,<br><br>    vs.<br><br>IQ DATA INTERNATIONAL, INC.<br><br>             Defendant(s), | Case No.: 3:22-cv-01888-DMS-MMP<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Dana M. Sabraw |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ANDREA PALASI ("Plaintiff") and IQ DATA INTERNATIONAL, INC. ("Defendant") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

   Plaintiff intends to file a request for dismissal as to Defendant with prejudice

within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate the upcoming trial and all related deadlines in this case.

Dated: August 5, 2024,        By:    *s/ Ahren A. Tiller*
                                     ahren.tiller@blc-sd.com

                                     Ahren A. Tiller
                                     BLC Law Center, APC
                                     Attorneys for Plaintiff