UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANDREA PALASI, | Case No.: 22-cv-1888-DMS-MMP |
|---|---|
| Plaintiff, | **ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| IQ DATA INTERNATIONAL, INC., | |
| Defendant. | |

On August 5, 2024, Plaintiff filed a Notice of Settlement indicating the parties have settled the above-captioned matter and anticipate filing a request for dismissal within sixty (60) days. [ECF No. 109.] Accordingly, the Court **ORDERS** as follows:

1. No later than **October 4, 2024**, Plaintiff shall file a request for dismissal and submit a proposed order for dismissal to the Chambers of the Honorable Dana M Sabraw.

2. A telephonic, counsel-only Settlement Disposition Conference ("SDC") shall be held on **October 7, 2024** at **1:30 p.m.** before Magistrate Judge Pettit. For purposes of the SDC, the parties shall jointly call Magistrate Judge Pettit's Chambers at 619-557-3404.

If a request for dismissal and proposed order are submitted prior to the SDC, the SDC will be vacated without further court order or action by the parties.

**IT IS SO ORDERED**.

Dated: August 6, 2024

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge